IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE MATTHEWS, et al., | No. C 12-00261 CRB |
| Plaintiffs, | **ORDER REMANDING CASE** |
| v. | |
| TRADER VIC'S, et al., | |
| Defendants.      / | |

For the reasons stated in open court, the motion to remand is GRANTED. Thus, the Court does not decide the Motion to Dismiss. No fees or costs are awarded. Accordingly, the Court REMANDS this matter to the Superior Court of the State of California, County of Alameda.

**IT IS SO ORDERED.**

Dated: March 23, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\261\Order Remanding Case.frm